UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ALEJANDRO ARMAS and RUBEN :
MARTINEZ, JUAN HERNANDEZ and
ANGEL LOJA, *individually and on behalf* :
*of all others similarly situated.*

                       :

                 *Plaintiffs,* :

        -against- :

SKYC MANAGEMENT LLC a/k/a :
GREISMAN MANAGEMENT and a/k/a
B. GREISMAN REALTY, *et al*.

                *Defendants.*
------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/15
```

2014 CV 6360 (J. Gardephe, Paul)

## STIPULATION OF DISCONTINUANCE

**IT IS, HEREBY,** stipulated and agreed by and between Plaintiffs Profirio Severino Figueroa, Victor Gomez, Raul Gutierrez, Edilio A. Guzman, Harold Jimenez and Alfredo Luis Ovalle ("Plaintiffs") and all Defendants, as follows:

**WHEREAS,** Plaintiffs filed this action against Defendants for Defendants' alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. and Article 190, et seq. of the New York Labor Law, pursuant to which Plaintiff sought certain relief, including but not limited to, compensatory and punitive damages, attorneys' fees, expenses and costs; and

**WHEREAS,** Plaintiff and Defendants have agreed to a settlement of this action; and

**WHEREAS,** the aforementioned parties desire to avoid further expense, time, effort and uncertainty in regard to this action;

700632-1

NOW, THEREFORE, in consideration of the promises and the mutual covenants and undertakings contained in an Agreement and General Release between these parties of the same date as this Stipulation of Discontinuance;

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, that this action is hereby discontinued with prejudice, except that the Court may retain jurisdiction to enforce the terms of the above stated Agreement and Release. Each side is to bear its own costs and fees. The parties hereto, neither being a minor or incompetent, nor requiring the appointment of a guardian, freely and voluntarily enter into this Stipulation of Discontinuance through their respective attorneys.

Dated: Mineola, New York
September 21, 2015

Rapaport Law Firm, PLLC

By: _____
Marc R. Rapaport

Attorneys for Plaintiffs
225 Broadway, Suite 1405
New York, New York 10007
(212) 385-0066

Meltzer Lippe Goldstein & Breitstone, LLP

By: _____
Richard M. Howard

Attorneys for Defendants
190 Willis Avenue
Mineola, New York 11501
(516) 747-0300

Dated: New York, New York
September 21, 2015

So Ordered

_____ Paul G. Gardephe  Oct. 1, 2015
U.S.D.J.

700632-1